UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LISA SIEGERT | : | Case No. 1:21CV00087 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| v. | : | |
| | : | |
| SGS NORTH AMERICA, INC. | : | |
| | : | |
| Defendant. | : | |

_____

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
_____

Plaintiff, by and through counsel, hereby gives notice that she is voluntarily dismissing her claims against SGS North America, Inc. with prejudice.

Respectfully submitted,

/s/ Brian J. Butler_____
Brian J. Butler (OH no. 0082675)
MEZIBOV BUTLER
615 Elsinore Place, Suite 105
Cincinnati, OH 45202
Phone: 513.621.8800
Fax: 513.621.8833
Bbutler@mezibov.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF filing system to all attorneys of record on this 1st day of May, 2022.

                                                      /s/ Brian J. Butler
                                                      Brian J. Butler